August 29, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

PRESTIQUE, INC. D/B/A RANGER ROOFING & CONSTRUCTION, Appellant

NO. 14-13-00697-CV                    V.

LANKFORD CONSTRUCTION, LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Prestique, Inc. d/b/a Ranger Roofing & Construction.

We further order this decision certified below for observance.